IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **GORDON LANE, JR.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **CASE NO.**   2:15-cv-13922 |
| v. | : | |
| | : | **JUDGE:**   Thomas E. Johnston |
| **GC SERVICES LIMITED PARTNERSHIP,** | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S OFFER OF JUDGMENT TO PLAINTIFF GORDON LANE, JR.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GC Services Limited Partnership ("GC") hereby offers to allow judgment to be taken against it in favor of Plaintiff Gordon Lane, Jr. ("Plaintiff"), as follows:

1. Judgment shall be entered in the amount of $7,500.00 against GC;

2. In addition, Plaintiff's reasonable costs and reasonable attorneys' fees in connection with the claims against GC in the above-referenced action are to be added to the judgment; said fees and costs are to be in an amount as agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion;

3. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims alleged by Plaintiff or that could have been alleged by Plaintiff in the above captioned case against GC, and its current and former partners, shareholders, employees, owners, and agents, and said judgment shall have no effect whatsoever except in settlement of those claims; and

4. This Offer of Judgment is made solely for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed either as an admission that GC is liable in this action or for any claim, or that Plaintiff has suffered any damage. All liability is expressly denied.

Respectfully submitted,

**GC SERVICES LIMITED PARTNERSHIP**

s/ Nicholas S. Preservati_____
Nicholas S. Preservati
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East (ZIP 25301)
P.O. Box 273
Charleston, WV 25321-0273
304.720.3437 – office
304.340.3801 – fax
npreservati@spilmanlaw.com
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GORDON LANE, JR., : | |
| : | |
| Plaintiff, : | |
| : | CASE NO. 2:15-cv-13922 |
| v. : | |
| : | JUDGE THOMAS E. JOHNSTON |
| GC SERVICES LIMITED : | |
| PARTNERSHIP, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I certify that on **February 12, 2016**, I filed the foregoing **DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S OFFER OF JUDGMENT TO PLAINTIFF GORDON LANE, JR.** by filing with the Court using CM/ECF which will send notification of such filing to the following CM/ECF participants:

Charles R. Pinkerton
Pinkerton Law Practice, PLLC
235 High Street, Suite 817
Morgantown, WV  26505


s/ Nicholas S. Preservati_____
Nicholas S. Preservati
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East (ZIP 25301)
P.O. Box 273
Charleston, WV 25321-0273
304.720.3437 – office
304.340.3801 – fax
npreservati@spilmanlaw.com