IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **GORDON LANE, JR.,** : | |
| : | |
| Plaintiff, : | |
| : | **CASE NO.**   2:15-cv-13922 |
| v. : | |
| : | **JUDGE:**   Thomas E. Johnston |
| **GC SERVICES LIMITED** : | |
| **PARTNERSHIP,** : | |
| : | |
| Defendant. : | |

### MOTION TO WITHDRAW DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S MOTION TO COMPEL AND MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

Defendant, GC Services Limited Partnership, hereby moves this Court to allow it to withdraw its Motion to Compel (Document No. 17) and its Memorandum in Support of Motion to Compel (Document No. 18), as the parties have amicably resolved the issues contained therein.

Respectfully Submitted,

**GC SERVICES LIMITED PARTNERSHIP**

By Counsel.

s/Nicholas S. Preservati
Nicholas S. Preservati (WV Bar # 8050)
SPILMAN THOMAS & BATTLE, PLLC
P.O. Box 273
Charleston, WV 25321
304-720-3437 – Phone
304-340-3801 – Facsimile
[npreservati@spilmanlaw.com](npreservati@spilmanlaw.com)
*Counsel for GC Services Limited Partnership*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| GORDON LANE, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. 2:15-cv-13922 |
| v. | : | |
| | : | JUDGE THOMAS E. JOHNSTON |
| GC SERVICES LIMITED PARTNERSHIP, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on **April 29, 2016**, I filed the foregoing **MOTION TO WITHDRAW DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S MOTION TO COMPEL AND MEMORANDUM IN SUPPORT OF MOTION TO COMPEL** with the CM/ECF, thereby providing notice to the following CM/ECF participant:

Charles R. Pinkerton
Pinkerton Law Practice, PLLC
235 High Street, Suite 817
Morgantown, WV  26505


s/ Nicholas S. Preservati_____
Nicholas S. Preservati
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East (ZIP 25301)
P.O. Box 273
Charleston, WV 25321-0273
304.720.3437 – office
304.340.3801 – fax
npreservati@spilmanlaw.com