IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**GORDON LANE, JR.,**

    **Plaintiff,**

v.                                         Civil Action No. 2:15-cv-13922

**GC SERVICES LIMITED
PARTNERSHIP,**

    **Defendant.**

## ORDER

Pending before the Court is Defendant GC Services Limited Partnership's Motion to Compel (ECF No. 17) and Motion to Withdraw Defendant GC Services Limited Partnership's Motion to Compel and Memorandum in Support of Motion to Compel (ECF No. 22).

For reasons appearing to the Court, it is accordingly **ORDERED** that the Motion to Withdraw Defendant GC Services Limited Partnership's Motion to Compel and Memorandum in Support of Motion to Compel (ECF No. 22) is **GRANTED** and Defendant GC Services Limited Partnership's Motion to Compel (ECF No. 17) is **DENIED as moot.**

The Clerk of the Court is directed to transmit a copy of this Order to all counsel of record and any unrepresented parties.

Enter: April 29, 2016

                                                      Dwane L. Tinsley
                                                      United States Magistrate Judge