IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GORDON LANE, JR.,

        Plaintiff,

v.                                          CIVIL ACTION NO.   2:15-cv-13922

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.

**DISMISSAL ORDER**

    Before the Court is the parties' joint Stipulation of Voluntary Dismissal of Defendant GC Services Limited Partnership. (ECF No. 25.) Defendant GC Services Limited Partnership is the only Defendant in this action and the parties' stipulation is signed by counsel for both parties. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this case **WITH PREJUDICE**. The Court **DIRECTS** the Clerk to remove this action from the Court's docket.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:     July 11, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE